# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 15, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

Re: Osmin Peraza
v. Texas
No. 15-7367
(Your No. PD-0100-15, PD-0101-15)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 11, 2015 and placed on the docket December 15, 2015 as No. 15-7367.

Sincerely,

Scott S. Harris, Clerk

by

Redmond K. Barnes
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk